```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    CIVIL NO. 20-2118(DSD/KMM)
```

TERRY HEGGS,

        Plaintiff,

v.                                        **ORDER**

JAY LINDBLOM, DEAN HIRSCH,
SRG. CHAD DINGMAN, SRG. DEREK
HIPPEN, SRG. SARAH
SCHUMACHER, CALLIE HANSEN,
RYLEE LUCKING, JASON
RENSTROM, CORNTEYA DINGMAN,
AUTUMN HIRSCH, LINDSEY KOHN,
JAIL ADMINISTRATOR, COUNTY
AND KANABEC COUNTY/MORA,

        Defendants.

This matter came before the court upon the report and recommendation of United States Magistrate Judge Kate Menendez, dated April 16, 2021 (R&R). No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. All claims against defendants Lindblom, Hippen, Schumacher, Hansen, Lucking, Renstrom, Cornteya Dingman, Autumn Hirsh, and the Jail Administrator are dismissed for failure to identify individualized actions;

2. All claims against Kanabec County/Mora are dismissed for failure to state a claim; and

3. The First and Fifth Amendment claims are dismissed for failure to state a claim.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 10, 2021

s/David S. Doty
David S. Doty, Judge
United States District Court