UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-2118 (DSD/DTS)

Terry Heggs,

    Plaintiff,

v.                                                    **ORDER**

Dean Hirsch, Chad Dingman,
and Lindsey Kohn, in their
individual capacities,

    Defendants.


This matter comes before the court upon the report and recommendation of United States Magistrate Judge David T. Schultz dated July 7, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that** the motion for summary judgment [ECF No. 30] is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 24, 2022                    /s David S. Doty
                                          David S. Doty, Judge
                                          United States District Court